```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

YOUNG KWON, ET AL.,

        Plaintiffs,

- against -

462 BKCS LTD., ET AL.,

        Defendants.

20-cv-9105 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties should submit a Rule 26(f) report by 1/7/22.

SO ORDERED.

Dated:    New York, New York
           December 21, 2021

                                          John G. Koeltl
                                      United States District Judge