UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YOUNG KWON, ET AL.,

        Plaintiffs,

- against -

462 BKCS LTD., et al.,

        Defendants.

20-cv-9105 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    As stated in the teleconference held today, the discovery deadline is extended to **October 28, 2022** to allow the defendants to take the depositions of the three plaintiffs and for the plaintiffs to take a deposition of the individual defendant and a Rule 30(b)(6) deposition of the corporate defendant. There will be no further extensions.

    A joint pre-trial order and any motions in limine, voir dire requests and requests to charge are due by **November 18, 2022**. The ready trial date is set for **December 2, 2022**. Parties should be ready to appear for trial on 48 hours' notice from this date.

SO ORDERED.

Dated:    New York, New York
           September 12, 2022

                                            John G. Koeltl
                                     United States District Judge