UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOUNG KWON, ET AL.,

                    Plaintiffs,      20-cv-9105 (JGK)

    - against -                  ORDER

462 BKCS LTD., ET AL.,

                    Defendants.

**JOHN G. KOELTL**, District Judge:

    The Court will hold a telephone conference on the plaintiffs' request for leave to amend the complaint on **Monday, November 7, 2022, at 4 p.m.** Dial-in 888-363-4749; access code 8140049.

SO ORDERED.

Dated:    New York, New York
          November 3, 2022

                                                        John G. Koeltl
                                          United States District Judge