UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YOUNG KWON, ET AL.,                                  20-cv-9105 (JGK)

        Plaintiffs,                           ORDER

- against -

462 BKCS LTD., ET AL.,

        Defendants.

---

**JOHN G. KOELTL, District Judge:**

On November 7, 2022, this Court granted the plaintiffs' request for leave to file an amended complaint and directed the parties to "provide the Court with a revised schedule by November 16, 2022 setting out the deadlines for the filing of an amended complaint, answer, expedited discovery, any dispositive motions, the Joint Pre-Trial Order, and the ready trial date." ECF No. 35. On November 23, 2022, the plaintiffs filed their amended complaint (ECF No. 38). However, the parties have not submitted the revised schedule requested by the Court in its November 7, 2022 Order. Accordingly, the time to submit a proposed revised schedule is extended to **December 16, 2022.**

SO ORDERED.

Dated:    New York, New York
            November 25, 2022

                                                John G. Koeltl
                                       United States District Judge