USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __12/9/2022__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Young Kwon et al.,

                                  **Plaintiffs,**

            **-against-**

462 BKCS Ltd. et al.,

                                  **Defendants.**

**1:20-cv-09105 (JGK) (SDA)**

**ORDER RESCHEDULING**
**SETTLEMENT CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that the settlement conference scheduled before Magistrate Judge

Stewart Aaron for Tuesday, December 13, 2022 shall commence at 2:00 p.m. rather than 2:30

p.m. as previously scheduled. The Court will provide updated Microsoft Teams information to

the parties by email prior to the conference.

**SO ORDERED.**

Dated:        New York, New York
              December 9, 2022

_____
STEWART D. AARON
United States Magistrate Judge