```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

YOUNG KWON, ET AL.,
                Plaintiffs,

      - against -                  20-cv-9105 (JGK)

462 BKCS LTD., ET AL.,            ORDER
                Defendants.

---

JOHN G. KOELTL, District Judge:

On November 25, 2022, the Court extended to December 16, 2022, the time for the parties to submit a proposed revised schedule setting out the deadlines for an amended complaint, answer, expedited discovery, any dispositive motions, the Joint Pre-Trial Order, and the ready trial date. ECF Nos. 35, 39. Although the plaintiffs have now filed a second amended complaint, ECF No. 38, and the defendants have filed an amended answer, ECF No. 40, the parties still have not submitted a proposed revised schedule setting out the rest of the necessary deadlines. The parties are directed to do so by **March 3, 2023**. Failure to comply with this deadline may result in dismissal of this action for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
           February 16, 2023

                                            John G. Koeltl
                                    United States District Judge