UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YOUNG KWON, et al., <br><br>                 Plaintiffs, <br><br> -against- <br><br> 462 BKCS LTD., et al., <br><br>                 Defendants. | 20-CV-9105 (AS) <br><br> <u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

      This Court previously ordered the parties to file a joint letter updating the Court on the status of the case. *See* ECF No. 47. Only plaintiffs' counsel responded. *See* ECF No. 48. Defendant is hereby ORDERED to explain its failure to follow this Court's prior order by submitting a letter no later than August 23, 2023. In addition, the parties are ORDERED to meet and confer to discuss settlement on or before Friday, September 1, 2023. The parties should also advise the Court by this date whether an additional mediation session would be useful. Finally, it is hereby ORDERED that all parties shall appear for a conference with the Court on Wednesday, September 13, 2023 at 9:30 AM, in **Courtroom 15A** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

      SO ORDERED.

Dated: August 21, 2023
       New York, New York

                                                  ARUN SUBRAMANIAN
                                                United States District Judge