UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YOUNG KWON, et al., <br><br>                 Plaintiffs, <br><br>     -against- <br><br> 462 BKCS LTD., et al., <br><br>                 Defendants. | 20-CV-09105 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The deadline for filing dispositive motions in this case is October 13, 2023, with responses due by October 27, 2023, and any reply due by November 3, 2023.

      The parties are hereby ORDERED to meet and confer regarding (1) the necessity of another deposition or supplemental discovery, (2) any Article 3 standing issues, (3) blackout dates for a trial in December or January, and (4) length of trial. The parties should submit a joint email to SubramanianNYSDChambers@nysd.uscourts.gov by Monday, September 18, 2023, copying all parties, providing the Court with (1) the most important authorities on the standing issue, (2) the dates in December and January that the parties are **unavailable** for trial, and (3) the number of days needed for trial. Finally, if plaintiffs think that another deposition or supplemental discovery is warranted, and the parties' meet and confer on this issue is unsuccessful, plaintiffs must raise the dispute by letter motion with the Court no later than September 22, 2023.

      SO ORDERED.

Dated: September 14, 2023
       New York, New York

                                                                   ARUN SUBRAMANIAN
                                                                   United States District Judge