UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YOUNG KWON et al., <br><br> Plaintiffs, <br><br> -against- <br><br> 462 BKCS LTD. et al., <br><br> Defendants. | 20-cv-9105 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

As discussed in today's conference, Plaintiff's counsel is hereby ORDERED to have a conversation with his clients and deliver a renewed settlement demand to the Defendant, if any, by today at 5:00 PM. Based on this new demand, the Defendant shall make a revised offer, if any, by Tuesday, January 2, 2024 at 5:00 PM. The parties shall make their best efforts to settle this long-pending matter within the next week.

IT IS FURTHER ORDERED that the Joint Pretrial Order will now be due no later than Wednesday, January 3, 2024 at 10:00 AM.

IT IS FURTHER ORDERED that the parties appear for a conference on Friday, January 5, 2024 at 11:15 AM, in Courtroom 15A of 500 Pearl Street, New York, NY 10007. Both lead counsel and their clients must attend.

SO ORDERED.

Dated: December 29, 2023
      New York, New York

                                             ARUN SUBRAMANIAN
                                             United States District Judge