UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Young Kwon, Raule Reyes and Jorge Herrera Torres,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>462 BKCS LTD and Byung Il Park,<br><br>　　　　　　Defendants, | Index No. 20-CV-9105<br><br>**RULE 68 JUDGMENT** |

　　　　**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants 462 BKCS LTD and Byung Il Park (collectively, "Defendants"), having offered to allow Young Kwon, Raul Reyes and Jorge Torres ("Plaintiffs") to take a judgment against them, in the sum of One Hundred Fifty-Five Thousand Eight Hundred Sixty-Nine Dollars and No Cents ($155,869.00), with respect to Plaintiffs' claims for wages, attorneys' fees, relief, damages, violations, penalties, fees, interest, costs, and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated January 3, 2024, and filed as Exhibit A to Docket Number 63;

　　　　**WHEREAS**, on January 3, 2024, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 65);

　　　　It is **ORDERED** and **ADJUDGED**, that judgment is entered in favor of all Plaintiffs, in the sum of One Hundred Fifty-Five Thousand Eight Hundred Sixty-Nine Dollars and No Cents ($155,869.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated January 3, 2024, and filed as Exhibit A to Docket Number 65.

　　　　SO ORDERED. The Clerk of Court is directed to CLOSE this case.

　　　　Arun Subramanian, U.S.D.J.
　　　　Date: January 5, 2024